UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-80663-RWG

MARIKA TOLZ, as TRUSTEE of
the CHAPTER 7 BANKRUPTCY
ESTATE OF JENNIFER LEE BEEBE,

Plaintiff,

vs.

GEICO GENERAL INSURANCE
COMPANY, a foreign for profit corporation,

Defendant.
_________________________________/

**ORDER ON DEFENDANT'S MOTION FOR LEAVE TO TAKE THE TRIAL DEPOSITION OF CHRIS JONES**

THIS MATTER is before the Court upon Defendant's Motion for Leave to Take the Trial Deposition of Chris Jones (DE 226) filed on January 25, 2010, and in connection with Plaintiff's Motion for Protective Order Regarding the Deposition of Chris Jones (DE 229). The Court has carefully reviewed said Motions, and is otherwise fully advised in the premises.

Based upon a careful review of the arguments presented by both parties, the Court determines that the Defendant shall be granted leave to depose Chris Jones. In light of this ruling, the Court has also reconsidered its January 19, 2010 Order and Opinion (DE 215). Due to the availability of Chris Jones for deposition, the Court finds that Mr. Jones's personnel file shall be discoverable and is available for narrow use in accordance with the Federal Rules of Evidence.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Leave to Take the Trial Deposition of Chris Jones (DE 226) be and the same is hereby **GRANTED**;

2. In light of the change in circumstances, the Court's January 19, 2010 Order and Opinion (DE 215) is hereby vacated, and the objection is **SUSTAINED**; and

3. Plaintiff's Motion for Protective Order Regarding the Deposition of Chris Jones (DE 229) is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 17th day of February, 2010.

RICHARD W. GOLDBERG
United States Judge